# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| LAE | Jackson, Larry D. | | | 0502240000094 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:00-000222:002 B | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States v. Jackson | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1956-6701.F -- NARCOTICS - SELL, DISTRIBUTE OR DISPENSE

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
SAUVIAC JR., DONALD A.
~~3433 METAIRIE HEIGHTS~~
~~METAIRIE LA 70003~~
5534 CANAL Blvd.
Ste #2
New Orleans, LA 70124

Telephone Number: 504-482-9119

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
DONALD A SAUVIAC, JR APLC
~~1523 POLYMNIA STREET~~
~~NEW ORLEANS LA 70130~~
5534 CANAL Blvd, Ste #2
70124

**13. COURT ORDER**
☒ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney  ☐ Y Standby Counsel

Prior Attorney's Name: ____
Appointment Date: ____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 11/15/00   Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2005 FEB 24 PM 4:27 LORETTA G. WHYTE CLERK
FEB 22 2005 CIRCUIT EXECUTIVE
RECEIVED U.S. COURT OF APPEALS FIFTH CIRCUIT FEB 14 2005 CIRCUIT EXECUTIVE

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court | | | | | |
| a. Arraignment and/or Plea | 2.8 | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | 5.8 | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | 1.3 | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| SUBTOTAL | 8.6 | 1.3 $699.50 | | | |
| 16. Out of Court | | | | | |
| a. Interviews and Conferences | 56.8 | 6.6 | | | |
| b. Obtaining and reviewing records | 32.6 | 3.8 | | | |
| c. Legal research and brief writing | 33.3 | 2.3 | | | |
| d. Travel time | 53.4 | 6.6 | | | |
| e. Investigative and Other work (Specify on additional sheets) | 26.5 | 1.0 | | | |
| SUBTOTAL | 182.6 | 20.3 $10,246.50 | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | $830.72 | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | $54.61 | | | |
| GRAND TOTAL | | $11,831.33 | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE** FROM 11/15/00 TO 10/30/01

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION** PGDC

**22. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number ____ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ____   Date: 9/17/01

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 699.50 | 10246.50 | 830.72 | 54.61 | 11,831.33 |

**28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER**   DATE 2-9-05   **28a. JUDGE/MAG. JUDGE CODE** 3L36

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | 11,831.33 |

**34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** Payment approved in excess of the statutory threshold amount.   DATE 2/15/05   **34a. JUDGE CODE**

Court's CASE FILE

The Honorable Edward C. Prado
United States Circuit Judge
United States Court of Appeals
 for the Fifth Circuit
600 Camp Street
New Orleans, LA 70130

      Re:   CJA Voucher
              Eastern District of Louisiana
              Criminal Action No. 00-222 "B"
              USA v. LARRY JACKSON

## CERTIFICATION

      I certify that representation of Defendant Larry Jackson in the referenced matter was extended and/or complex and the excess payment requested by Attorney Donald Sauviac is necessary to provide fair compensation.

      Accordingly, pursuant to Title 18, United States Code, Section 3006A(d)(3), I request that the attached CJA Voucher in the amount of $11,831.33 for compensation and expenses be approved for payment.

                                               _____
                                               IVAN L.R. LEMELLE
                                               UNITED STATES DISTRICT JUDGE

DONALD A. SAUVIAC, JR.
ATTORNEY AT LAW
5534 Canal Blvd., Ste. #2
New Orleans, LA 70124
Phone: (504) 482-9119
Fax: (504) 488-6570

---

STATEMENT FOR LEGAL SERVICES AND COSTS:

USA versus Larry D. Jackson
USDC case no. 00-222 - B

| Date | Description | Hours | |
|---|---|---|---|
| 11/16/00 | T/C with B. Daigle re: new appointment. R/R of faxed Indictment. | .8 | b |
| 11/16/00 | Travel to/from St. T. jail to visit with client. | 2.00 | d |
| 11/17/00 | Meeting with client at jail St.T. Discuss search and statements. | 3.00 | a |
| 11/17/00 | **Travel to/from USDC – Mag. for arr. hearing.** 80 miles @ .325 = $26.00  12 @ .325 = $3.90 | .8 | ✓ |
| 11/19/00 | Receipt and review of Motion and Order for E. Leblanc to w/draw as attorney of record. | .3 | b |
| 11/19/00 | Telephone call to Def. wife, left message, no answer. | .1 | a |
| 11/19/00 | Letter to former counsel E. Leblanc requesting documents. | .3 | e |
| 11/19/00 | Telephone call to Washington parish source seeking info on case and associates. | 1.3 | a |
| 11/20/00 | Travel to /from USDC clerk's office to review record of proceeding. Review of the record. | 2.00 | b = 1.2  d = .8 |
| 11/20/00 | Telephone conference with E. Leblanc re: case work so far. | .3 | a |
| 11/22/00 | Travel to / from E. Leblanc's office in Cov. To discuss case and pick up paperwork re: case. 12 @ .325 = $3.90 | 4.00 | d = 2.0  e = 2.0 |
| 11/10/00 | Receipt and review of notice of re-arraign. | .1 | b |
| 11/24/00 | Travel to/from 22nd JDC ST. Tammany to pull client's records and to pull copies of defendant's prior records. 80 @ .325 = $26.00 | 4.00 | b = 2.0  d = 2.0 |
| 12/02/00 | Receipt and review of CJA appointment form. | .3 | b |
| 11/17/00 | Telephone conference with AUSA re: continuance & issues. | .50 | a |

1

| Date | Description | Hours | Code |
|---|---|---|---|
| 11/21/00 | Receipt and review of multiple notices re: PTC and Sup. indict. Calendar new dates for PTC and Trial. | 1.3 | b |
| 11/20/00 | Conduct internet searches to check out directions and locations of points of interest in Bog. | 1.3 | e |
| 11/23/00 | Receipt of discovery from AUSA. Conference with AUSA re: possible resolution of case and issues previously encountered with prior counsel. | 1.50 | b |
| 11/24/00 | Review of discovery provided by AUSA. Copy for client. | 2.50 | b |
| 11/23/00 | Receipt and review of DEA audio tapes (3). | 1.00 | b |
| 11/20/00 | Travel to/from St. T. and Washington Parish to check into info. And issues learned about so far in case and attempt to locate Possible family, friends, neighbors – to use as witness to Back up defendant's story surrounding search, etc. 132 miles @ .325 = $42.90 | 6.50 | d = 2.0 e = 4.50 b |
| 11/22/00 | Receipt and review of notice of re-arraig. | .1 | b |
| 11/27/00 | Prepare motion to enlarge time to file motions. File at USDC. Serve copy on USA. | 2.00 | c |
| 11/28/00 | Receipt and review of order enlarge time.- Morano. | .1 | b |
| 12/06/00 | Travel to /from 22nd JDC – Washington to pull client's records and brother's records from Clerk of court. 80 @ .325 = $26.00 | 6.00 | b = 4.0 d = 2.0 |
| 12/07/00 | Travel to/from USDC to review case file on brother and other defendants, which were the basis of search of defendant's home. 12 @ .325 = $3.90 | 2.3 | b = 1.5 d = .8 |
| 12/01/00 | Receipt and review of Notice of arr. superseding indict. | .3 | b |
| 12/01/00 | Receipt and review of super. Indict. notice. | .1 | b |
| 12/01/00 | Prepare motion package (10) motions, memos and orders. | 5.00 | c |
| 12/05/00 | Travel to /from USDC to file motions, memos and orders. File motions with clerk and service on govt. 12 @ .325 = $3.90 | 1.3 | d = .8 e = .5 |
| 12/06/00 | Telephone calls to L. Jackson's p.o. in St. Tammany. | .3 | a |
| 12/08/00 | Travel to /from p&p in St. Tammany to meet with Larry's 80 @ .325 = $26.00 | | |

2

|  |  |  |  |
|---|---|---|---|
|  | P.O. to discuss issues regarding him, home and brother and Reason for other P.O. being with the police at time of arrest. Meeting with brother's P.O. regarding manhunt and search for Him. | 5.50 | a =3.50<br>d = 2.0 |
| 12/08/00 | Receipt and review of minute entry re: arraignment. | .1 | b |
| 12/08/00 | Travel to/from USDC. Request subpoenas for witnesses at Mot. hearing. Secure subpoenas. Prepare subpoenas (12).<br>12 @ .325 = $3.90 | 3.00 | d = .8<br>e = 2.2 |
| 12/06/00 | Travel to/from St. Tammany to locate witnesses.<br>80 @ .325 = $26.00 | 4.00 | d = 2.0<br>e = 2.0 |
| 12/06/00 | Complete returns on service. | .3 | e |
| 12/07/00 | Travel to/from Bogalusa to locate witnesses.<br>150 @ .325 = $48.75 | 6.50 | d = 4.0<br>e = 2.5 |
| 12/07/00 | Complete returns on service. | .3 | e |
| 12/09/00 | Receipt and review of responses by govt. to defense motions. | 1.8 | b |
| 12/11/00 | Travel to/from USDC for motions hearings before mag.<br>12 @ .325 = $3.90 | .8 | d |
| **12/11/00** | **Participate in motions before mag. judge.** | **2.50** | ✓ |
| 12/12/00 | Telephone conference with Judge's secretary re: change in date of motion hearing. | .3 | a |
| 12/13/00 | Receipt and review of minute entries regarding Mag. motions and continuance of district judge motions. | .50 | b |
| 12/14/00 | Receipt and review of trial prep order. | .1 | b |
| 12/19/000 | Telephone conference with AUSA J. Murphy. | .50 | a |
| 12/23/00 | Receipt and review written responses to motions filed by USA. | 1.3 | b |
| 12/24/00 | Receipt and review of Pt. memo. Adm. of Evid. | .50 | b |
| 12/22/00 | Travel to /from Bogalusa to view scene of search and scenes of multiple other rampage searches by USM and Bog P.D. view scenes from outside. Meet with friends who were at scene where USM's initially searched for brother.<br>150 miles @ .325 = $48.75 | 10.50 | d = 4.0<br>e = 6.5 |
| 12/23/00 | Travel to/from St. T. jail to meet with client. Met with client to<br>80 @ .325 = $26.00 |  |  |

3

|  |  |  |  |
|---|---|---|---|
|  | discuss facts of search, witnesses and facts and circumstance surrounding delivery of drugs and manhunt for missing brother. | 5.50 | a=3.5<br>d=2.0 |
| 12/21/00 | Telephone call to PDO -22nd JDC re: discovery produced in state proceeding. | .50 | a |
| 12/22/00 | Travel to / from Franklinton to secure copies of discovery produced to PDO re: collateral state charge. Secured copies.<br>132 @ .325 = $42.90 | 5.00 | b=2.0<br>d=3.0 |
| 12/23/00 | Review of PDO documents  Make copies for client to review. Make copies for client.   80 miles @ .325 = $26.00 | 2.8 | b |
| 12/24/00 | Travel to St. T. Jail.  Meet with client to review copies of state court discovery from PDO.  Discuss inconsistencies and defense issues presented by facts set forth in documentation. | 4.8 | a=2.8<br>d=2.0 |
| 12/27/00 | Telephone conference with relatives re: searches, manhunt and status of brother and defendant's association. Scheduled meeting in Bog with family members. | 1.8 | a |
| 12/28/00 | Travel to/from Bogalusa to view inside of defendant's home. Interview witness son who was present at time of search.  Took Photos of inside and outside of home to be used at supp. hearing Discussed ownership of weapon, home and vehicles.<br>150 @ .325 = $48.75 | 6.8 | d=4.0<br>e=2.8 |
| 12/29/00 | Travel to/from Bog to meet with family members. Met with family members who may be potential witnesses at motions/trial.<br>150 @ .325 = $48.75 | 5.00 | a=1.0<br>d=4.0 |
| 12/30/00 | Research issues of search warrants for fugitives searches of 3rd party's home. Pull cases regarding warrants and info that must be set forth. Pull other USDC ED LA cases recently applying the law. T/C with B. Barnard FPD re: recent case. Secure copies of pleadings. (Loyola Law School Lib.) | 7.50 | c |
| 12/29/00 | Continue research at Loyola Law School Library. | 4.50 | c |
| 12/29/00 | Prepare and fax letter to AUSA re: needed witness for hearing. | .50 | e |
| 01/02/01 | Receipt and review of pretrial memo - admissibility. | .50 | b |
| 01/02/01 | Meeting with investigator J. Reed re: service of sub. On USM employees for supp. hearing. | .50 | a |
| 01/03/01 | Receipt and review of returns on sub. Served on USM's. | .50 | b |

4

| Date | Description | Hours | Code |
|---|---|---|---|
| 01/03/01 | Travel to /from USDC for motion to supp. hearing. 12 @ .325 = $3.90 | .8 | d |
| 01/03/01 | **Participate in motion to supp. hearing.** | 3.3 | ✓ |
| 01/05/01 | Receipt and review of M.E. re: mot. Supp. | .1 | b |
| 01/06/01 | Receipt and review of M.E. Oral argument ruling Mot. Sup. | .1 | b |
| 01/06/01 | Receipt and review of M.E. re: sup. Indict. – Moreno. | .1 | b |
| 01/00/01 | Telephone conference with Shrell – defendant's sister. | .8 | a |
| 01/00/00 | Receipt and review of Jencks materials. | 2.8 | b |
| 01/00/00 | Copy Jencks materials for client. Travel to /from St. T. jail meet with client and review materials and discuss other issues for trial. 80 @ .325 = $26.00 | 5.00 | a = 3.0 / d = 2.0 |
| 01/00/01 | Travel to/from St. T Jail to meet with client and prep. for trial. Discuss trial, plea and appeal issues. Going to trial. 80 @ .325 = $26.00 | 5.3 | a = 3.3 / d = 2.0 |
| 01/00/01 | Return to /from St. T. Jail to further prepare and discuss issues with client. Client may plea and reserve appeal. 80 @ .325 = $26.00 | 5.00 | a = 3.0 / d = 2.0 |
| 01/00/01 | Conference with AUSA re: plea with reservation of appeal rights. Will seek permission. | 1.00 | a |
| 01/05/01 | Travel to/from USDC for rearr. 12 @ .325 = $3.90 | .8 | d |
| 01/05/01 | **Conference with client and AUSAs re: terms/conditions of plea, factual basis. Execute factual basis Participate in rear. Meeting with PTO to schedule interview with client.** | 2.00 | ✓ |
| 01/06/01 | Receipt and review of M.E. re: re-arraignment. Calendar sentencing date. | .50 | b |
| 01/10/01 | Receipt and review of Notice of sentencing. | .1 | b |
| 01/05/01 | Telephone conference with PTO re: appointment for interview. | .50 | a |
| 01/19/01 | Travel to jail for interview with client and PTO. 80 miles @ .325 = $26.00 | 2.3 | a = .3 / d = 2.0 |
| 01/19/01 | Participate in interview with client and PTO. | 3.00 | a |
| 03/05/01 | Receipt and review of PSI report. | 1.50 | b |

5

| Date | Description | Hours | Code |
|---|---|---|---|
| 03/08/01 | Travel to jail to visit with client and review a copy of the PSIR. 80 @ .365 = $29.20 | 4.00 | a = 2.0 d = 2.0 |
| 03/09/01 | Legal research on Apprendi, drug and gun issues that are relevant to guideline calculations. | 7.50 | c |
| 03/12/01 | Continue legal research on sentencing issues. Contacted Guideline assist. In D. C. and reviewed info from CLE's. | 4.3 | c |
| 03/19/01 | Prepare a motion for extension of time to object to PSIR. Travel to USDC to file with clerk of court. Deliver copy To USA. | 2.50 | c |
| 03/20/01 | Travel to/from USDC to file Motion to Continue and enlarge time to object to PSIR. 12 @ .365 = $4.38 | .8 | d |
| 03/22/01 | File motion with clerk, delivery copy to AUSA. | .8 | e |
| 03/22/01 | Receipt and review of extension of time to object. | .1 | b |
| 03/22/01 | Receipt and review of Notice of Sent. – Moreno. | .1 | b |

In Court Rate:     $70.00     x     8.6     = $ ~~427.00~~ 602.00
Out of Court Rate: $50.00     x     182.60  = $ 9,130.00

| Date | Description | Hours | Code |
|---|---|---|---|
| 04/18/01 | Receipt and review of order modifying Moreno release. | .1 | b |
| 04/22/01 | Receipt and review of letter from client advising of detention at Washington Parish jail – Franklinton. | .3 | b |
| 04/23/01 | Travel to /from court house in Franklinton to meet with client, secure info. regarding open charges that impact PSIR. Secure information sought. 132 @ .365 = $48.18 | 6.50 | a=3.50 d=3.00 |
| 04/23/01 | Prepare Motion to enlarge time – PSIR issues. | 1.3 | c |
| 04/24/01 | Travel to/from USDC to file motion to enlarge. 12 @ .365 = $4.38 | .8 | d |
| 04/24/01 | File motion with clerk, Serve copy on AUSA and courtesy copy to court. | 1.00 | e |
| 04/24/01 | Telephone conference with Prob. & Parole Officer re: PSIR as it relates to Apprendi issues, etc. | .8 | a |
| 04/26/01 | Receipt and review of one day extension to file obj. | .1 | b |

6

| Date | Description | Hours | |
|---|---|---|---|
| 04/26/01 | Receipt and review of objections to PSIR. | .50 | b |
| 05/10/01 | Travel to/from jail meet with client re: obj. and sentencing. 80 @ .365 = $29.20 | 2.3 | a = .30 d = 2.0 |
| 05/10/01 | Meet with client to discuss objections, sentencing and possible appeal issues | 2.00 | a |
| 05/16/01 | Receipt and review of supplemental addendum to PSIR. | 1.00 | b |
| 05/22/01 | Prepare notice of appeal to be filed on 5/23. | 1.00 | c |
| 05/23/01 | Travel to / from USDC for sentencing 12 @ .365 = 4.38 | .8 | d |
| 05/23/01 | **Attend sentencing with client. Discuss appeal decision.** | 1.3 | ✓ |
| 05/25/01 | Receipt and review of reason for sentencing. | 1.00 | b |
| 06/06/01 | Receipt and review of letter from Fin. Lit. Unit – USA. | .3 | b |
| 06/13/01 | Receipt and review of letter from FPD from L. Jackson. | .3 | b |
| 06/19/01 | Receipt and review of return on J& C. | .1 | b |
| 10/30/01 | Receipt and review of M.E. re: Moreno sentencing. | .1 | b |

**In Court Rate:**     $75.00     x     1.3          = $ 97.50
Out of Court Rate:     $55.00     x     20.30        = $ 1,116.50

Total In Court:                                        $ 524.50
Total Out of Court:                                    $10,246.50

Mileage:          ~~32.5~~ per mile x   2302   miles        ~~$748.15~~ $743.72
  12  USDC trips          12 x 12 =      144 miles
  11  Covington trips     80 x 11 =      880 "
  4   Franklinton trips   132 x 4 =      528 "
  5   Bogalusa trips      150 x 5 =      750 "

Bridge Tolls: (Causeway)    $3.00 x 21 =                $ 63.00
Copies:         ~~$25.51~~ + ~~$67.69~~ + 5.56 + $19.95 =    ~~$181.71~~ $25.51

Parking:         $2.00 x 12                              $ 24.00

7

| | | |
|---|---|---|
| Postage: | .37 x 1 | $ .37 |
| Film & Developing | $9.87 + $10.86 + $8.00 | $ 28.73 |

Total Legal Fees and Costs:                                      $~~11,816.96~~